**Fill in this information to identify your case:**

Debtor 1 _____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(If known)

*FILED*
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
NOV 04 2016
JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

☐ Check if this is an
amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1:    Specify Your Proposed Payment Timetable

1. **Which chapter of the Bankruptcy Code are you choosing to file under?**

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

2. **You may apply to pay the filing fee in up to four installments. Fill in the amounts you propose to pay and the dates you plan to pay them. Be sure all dates are business days. Then add the payments you propose to pay.**

   You must propose to pay the entire fee no later than 120 days after you file this bankruptcy case. If the court approves your application, the court will set your final payment timetable.

   **You propose to pay…**

   $ _135.00_    ☐ With the filing of the petition
                 ☑ On or before this date........ MM / DD / YYYY

   $ _100.00_    On or before this date .......... MM / DD / YYYY

   $ _100.00_    On or before this date .......... MM / DD / YYYY

   + $ _____    On or before this date .......... MM / DD / YYYY

   Total    $ _335.00_    ◄ Your total must equal the entire fee for the chapter you checked in line 1.

## Part 2:    Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

- You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

- You must pay the entire fee no later than 120 days after you first file for bankruptcy, unless the court later extends your deadline. Your debts will not be discharged until your entire fee is paid.

- If you do not make any payment when it is due, your bankruptcy case may be dismissed, and your rights in other bankruptcy proceedings may be affected.

x _McKenzie Love_                x _____         x _____
Signature of Debtor 1            Signature of Debtor 2             Your attorney's name and signature, if you used one

Date _____             Date _____             Date _____
MM / DD / YYYY                   MM / DD / YYYY                    MM / DD / YYYY

Fill in this information to identify the case:

Debtor 1 _____
            First Name              Middle Name              Last Name

Debtor 2 _____
(Spouse, if filing)  First Name      Middle Name              Last Name

United States Bankruptcy Court for the: _____ District of _____

Case number _____
(if known)

Chapter filing under:

❏ Chapter 7
❏ Chapter 11
❏ Chapter 12
❏ Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

[  ]  The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[  ]  The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $_____ | _____<br>Month / day / year |
| $_____ | _____<br>Month / day / year |
| $_____ | _____<br>Month / day / year |
| + $_____ | _____<br>Month / day / year |
| **Total** $_____ | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

_____              By the court:   _____
Month / day / year                          United States Bankruptcy Judge

**Fill in this information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MCKENZIE | | LOVE |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(If known)

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[ ] **Denied.** The debtor must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $_____ | _____ |
| | Month / day / year |
| $_____ | _____ |
| | Month / day / year |
| $_____ | _____ |
| | Month / day / year |
| + $_____ | _____ |
| | Month / day / year |

**Total**

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at _____ AM / PM at _____.
    Month / day / year                                    Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

_____          **By the court:** _____
Month / day / year                          United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Illinois
Eastern Divison

In Re:                                    )
                                          )
McKenzie Love                             )          Case No.: 16-32598
                                          )
                                          )          Chapter:  7
                                          )
                                          )
                                          )

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

To:   McKenzie Love
      4112 Lindenwood Street
      Matteson, IL 60443

The document(s) are deficient for one or more of the following reasons:

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

☐  Unsigned

☐  Debtor(s) or Company check unacceptable

☐  No fee is required

☐  Other:

---

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

☐  Voluntary Petition (Official Form 101 or 201)

☐  Statement of Social Security Number (Official Form 121)

☐  List of Name and Addresses of All Creditors

☐  Missing Signature(s)

☐  No form of payment (one of the following is required)
-   Full Filing Fee
-   Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form 103A)
-   Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form 103B)

☐  Other:

In Re: McKenzie Love                                                      Case No. 16-32598

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

---

### APPLICATION FOR INDIVIDUALS TO PAY THE FILING FEE IN INSTALLMENTS[1]

The Application for Individuals to Pay the Filing Fee in Installments, filed is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application for Individuals to Pay the Filing Fee in Installments

☐  Part 1:1 – Incorrect chapter selected. Please check the appropriate box

☐  Part 1:2 – Amounts are missing or does not equal the entire fee for the chapter you checked in line 1

☑  Part 1:2 – Dates are missing or incomplete

☐  Part 1:2 – Total does not equal the entire fee for the chapter you checked in line 1

☐  Part 2    – Missing signature(s)/Date(s)

☐  Other:

---

### APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED[1]

The Application to Have the Chapter 7 Filing Fee Waived for Individuals to Pay the Filing Fee in Installments, filed is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application to Have the Chapter 7 Filing Fee Waived.

☐  Missing Signature(s)

☑  Other:  You also submitted a Waiver but your Voluntary Petition reflects installments.

---

### ADVERSARY PROCEEDING

☐  Alias Summons:

☐  Amended Complaint:

☐  Adversary Proceeding Coversheet:

☐  Amended Adversary Proceeding Coversheet:

☐  Other:

---

[1] The Amended Application must be filed within 10 days of the date of this Notice.

In Re: McKenzie Love                                        Case No. 16-32598

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

---

**RETURNED DOCUMENT(S) – REQUEST FOR ADDITIONAL INFORMATION**

In order to properly process your document(s), additional information is needed:

☐ Case number and case name does not match our records. Please verify the correct case number and/or case name.

☐ Case number is not listed on the document. Please provide the case number.

☐ Please fill out the attached Proof of Claim form.

☐ Other:

**MOTION DEFICIENCEY – Motion is deficient for the follow:**

☐ Motion is deficient for payment. Please submit payment.

☐ Notice of Motion – please complete and submit.

☐ Proposed Order – please complete and submit.

---

**ADDITIONAL CORRECTIONS REQUIRED** – Please make all necessary corrections to the document(s) listed below.

☑ Amended Schedule/List of Creditors is deficient for payment. Please submit payment.

☐ Amended Petition to Correct:

☐ Motion to Redact and Proposed Order[2]

☑ Other:

Attach is a form of creditors that needs to be complete and return back to the US Bankruptcy Court. In order for your creditors to receive notification of your Bankruptcy filing. Also complete the Form 122A-1 the boxes were incomplete. Enclosed are copies of the forms. Mail back to the Bankruptcy Court 219 S Dearborn Room 710.

---

[2] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the unredacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents. If applicable, include the signature of the attorney representing the debtor/joint debtor.

**PAYMENT REQUIRED** – Please include a cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**

Please mail the required document(s) or payment listed above, including this Notice to my attention at:

Date: 10/13/2016

Deputy Clerk    Laura Mendoza

Contact Number    312 582-8781

Fill in this information to identify your case:

| Debtor 1 | MCKENZIE | | LOVE | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | | | | |
|---|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Northern District of Illinois

Case number _____
(if known)

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

OCT 11 2016

JEFFREY P. ALLSTEADT, CLERK

☐ Check if this is an
   amended filing

Official Form 103B

# Application to Have the Chapter 7 Filing Fee Waived

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    Tell the Court About Your Family and Your Family's Income

**1. What is the size of your family?**
*Your family* includes you, your spouse, and any dependents listed on *Schedule J: Your Expenses* (Official Form 106J).

Check all that apply:

☑ You
☐ Your spouse
☐ Your dependents

0 _____
How many dependents?

1 _____
Total number of people

**2. Fill in your family's average monthly income.**

Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

Do not include your spouse's income if you are separated and your spouse is not filing with you.

Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

If you have already filled out *Schedule I: Your Income*, see line 10 of that schedule.

Subtract any non-cash governmental assistance that you included above.

**Your family's average monthly net income**

That person's average monthly net income (take-home pay)

| | | |
|---|---|---|
| You .................. | $ | 1,400.00 |
| Your spouse .... + | $ | 0.00 |
| Subtotal............. | $ | 1,400.00 |
| — | $ | 0.00 |
| Total................. | $ | 1,400.00 |

**3. Do you receive non-cash governmental assistance?**

☑ No
☐ Yes. Describe............

Type of assistance

**4. Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**

☑ No
☐ Yes. Explain. ............

**5. Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

Debtor 1 _____   _____ number *(if known)* _____

First Name        Middle Name        Last Name

| Part 2: | Tell the Court About Your Monthly Expenses |
|---|---|

**6. Estimate your average monthly expenses.**

Include amounts paid by any government assistance that you reported on line 2.

$ _____ 0.00

If you have already filled out *Schedule J, Your Expenses,* copy line 22 from that form.

**7. Do these expenses cover anyone who is not included in your family as reported in line 1?**

☑ No
☐ Yes. Identify who ........ [_____]

**8. Does anyone other than you regularly pay any of these expenses?**

If you have already filled out *Schedule I: Your Income,* copy the total from line 11.

☑ No
☐ Yes. How much do you regularly receive as contributions? $_____ monthly

**9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?**

☑ No
☐ Yes. Explain ............... [_____]

| Part 3: | Tell the Court About Your Property |
|---|---|

If you have already filled out *Schedule A/B: Property (Official Form 106A/B)* attach copies to this application and go to Part 4.

**10. How much cash do you have?**

*Examples:* Money you have in your wallet, in your home, and on hand when you file this application

Cash:            $ _____ 200.00

**11. Bank accounts and other deposits of money?**

*Examples:* Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

Institution name: _____        Amount: _____

Checking account: _____   $_____
Savings account: _____   $_____
Other financial accounts: _____   $_____
Other financial accounts: _____   $_____

**12. Your home?** (if you own it outright or are purchasing it)

*Examples:* House, condominium, manufactured home, or mobile home

Number    Street _____
City _____ State ____ ZIP Code ____

Current value: $_____
Amount you owe on mortgage and liens: $_____

**13. Other real estate?**

Number    Street _____
City _____ State ____ ZIP Code ____

Current value: $_____
Amount you owe on mortgage and liens: $_____

**14. The vehicles you own?**

*Examples:* Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats

Make: _____
Model: _____
Year: _____
Mileage _____

Current value: $_____
Amount you owe on liens: $_____

Make: _____
Model: _____
Year: _____
Mileage _____

Current value: $_____
Amount you owe on liens: $_____